NO. 07-09-00331-CR

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL D

 



APRIL
13, 2010

 



 

HAROLD ERIC HAM, APPELLANT

 

v.

 

THE STATE OF TEXAS, APPELLEE 



 



 

 FROM THE 100TH DISTRICT COURT OF HALL
COUNTY;

 

NO. 3477; HONORABLE STUART MESSER, JUDGE



 



 

Before QUINN,
C.J., and CAMPBELL and PIRTLE, JJ.

 

 

ORDER

 

            By order of December 18, 2009, the
Court abated this appeal.  The abatement
is dissolved. Subject to appellant’s compliance with the requirements of Rule
of Appellate Procedure 35.3, the appellate record is due sixty days from the
date of this order.  Tex. R. App. P.
35.3.  Additional deadlines shall fall in
accordance with the appellate rules.  See Tex. R. App. P. 38.6.  

 

                                                                                    Per
Curiam

Do
not publish.